1036

[No. 62577-2-I.  Division One.  April 26, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. RYAN BARTOCILLO, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 07-1-07968-4, Monica J. Benton, J., entered October 29, 2008. *Affirmed* by unpublished opinion per Schindler, J., concurred in by Becker and Spearman, JJ.

[No. 62808-9-I.  Division One.  April 26, 2010.]

MONTY RICHARDSON, *Appellant*, v. THE DEPARTMENT OF SOCIAL AND HEALTH SERVICES, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 07-2-12512-4, Gregory P. Canova, J., entered December 5, 2008. *Affirmed* by unpublished opinion per Grosse, J., concurred in by Dwyer, C.J., and Ellington, J.

[No. 63026-1-I.  Division One.  April 26, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. MICHAEL ALAN SCHERMERHORN, *Appellant*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 08-1-01541-9, Charles R. Snyder, J., entered February 12, 2009. *Affirmed* by unpublished opinion per Dwyer, C.J., concurred in by Grosse and Ellington, JJ.

[No. 63036-9-I.  Division One.  April 26, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. VERNON MARK CALHOUN, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 08-1-01454-8, Steven C. Gonzalez, J., entered February 9, 2009. *Affirmed* by unpublished opinion per Spearman, J., concurred in by Grosse and Cox, JJ.